UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL JAMES,

        Petitioner,

vs.

SUPERIOR COURT OF CALIFORNIA, et al.,

        Respondents.

No. C 10-2322 PJH (PR)

**ORDER OF DISMISSAL**

This is a habeas case filed pro se by a former inmate of the Alameda County Jail. Mail from the court to petitioner was returned with a notation that he was no longer in custody. He has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. See Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: August 27, 2010.

                              PHYLLIS J. HAMILTON
                              United States District Judge

P:\PRO-SE\PJH\HC.10\JAMES322.DSM-mail.wpd